```
QUIN DENVIR, Bar #49374
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
STEVEN DIAZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DIAZ, | ) |
| | ) No. CIV S-05-0376 MCE CMK |
| Petitioner, | ) |
| | ) MOTION FOR SUBSTITUTION OF COUNSEL; |
| v. | ) |
| | ) AND ORDER |
| DERRAL ADAMS, | ) |
| | ) |
| Respondent. | ) |

Petitioner STEVEN DIAZ hereby moves this Court for an order substituting Michael Bigelow, 428 "J" Street, Suite 358, Sacramento, California, 95814, telephone, (916) 443-0217 as counsel for the petitioner in the above-entitled case. The Federal Defender's Office has determined that it is currently unable to continue its representation of petitioner. Mr. Bigelow has agreed to represent petitioner. He is an experienced criminal defense attorney, with extensive experience in federal habeas corpus cases. A copy of the court's file in this case will be forwarded to Michael Bigelow.

////

////

////

1  Michael Bigelow is aware of any deadlines in this case.  He has
2 authorized the undersigned to sign this substitution motion on his
3 behalf.

                                Respectfully submitted,

                                QUIN DENVIR
                                Federal Defender


Dated: October 31, 2005         /s/ David M. Porter
                                DAVID M. PORTER
                                Assistant Federal Defender
                                Attorneys for Petitioner
                                STEVEN DIAZ



Dated: October 31, 2005         /s/ Michael B. Bigelow
                                MICHAEL B. BIGELOW


                                *********

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Michael B. Bigelow shall be substituted in as counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

DATED: November 1, 2005.

                                _____
                                **CRAIG M. KELLISON**
                                UNITED STATES MAGISTRATE JUDGE