IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**STEVEN DIAZ,**

Petitioner,

v.

**DERRAL ADAMS,**

Respondent.

CIV-S-05-0376 MCE CMK P

**ORDER**

GOOD CAUSE APPEARING, Respondent's application for a 30-day extension of time in which to file a response in this matter is hereby GRANTED. Respondent's response is due on December 21, 2005.

DATED: November 23, 2005.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1