IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DIAZ, | No. CIV. S-05-376 MCE CMK P |
| Petitioner | ORDER |
| v. | |
| DERREL ADAMS, Warden, | |
| Respondent. | |

**ORDER**

Pursuant to request by counsel and for good cause shown, petitioner's Traverse and supporting memorandum of points and authorities is due February 15, 2006.

January 10, 2006

/s/ **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE