IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Steven Diaz

      Petitioner,                      No. CIV S-05-0376 MCE CMK P

      vs.

Derral Adams

      Respondent.                 <u>ORDER</u>

_____/

      Petitioner has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented by counsel.

      On October 21, 2005, the court filed an order, which among other things, set a status conference for February 14, 2006. The parties were required to file status reports fourteen days prior to the conference. A review of petitioner's status report reveals that petitioner plans to request an evidentiary hearing concurrently with the filing of his traverse, which is now due on February 15, 2006, one day after the scheduled status conference. The undersigned finds that resetting the status conference will best serve to resolve status matters in this action.

///

///

///

IT IS ORDERED that:

1. The status conference set for February 14, 2006 is vacated;

2. The status conference is reset for March 14, 2006 at 10:00 a.m before the Honorable Craig M. Kellison, United States Magistrate Judge at the United States District Courthouse, 2986 Bechelli Lane, Redding California;

3. All parties shall appear at the status conference by counsel and;

4. It is not necessary for the parties to file an additional status report prior to the conference.  The court will address any request that petitioner has made for an evidentiary hearing at the March 14, 2006 status conference.

DATED:   February 9, 2006.

                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE