1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   STEVEN DIAZ

11            Petitioner,                    No. CIV S-05-0376 MCE CMK P

12       vs.

13   DERRAL ADAMS, Warden

14            Respondents.

15   _____/          ORDER

16            Pursuant to request by counsel and for good cause shown, IT IS ORDERED that

17   petitioner's traverse and supporting memorandum of points and authorities is due March 1, 2006.

18

19   DATED:   February 16, 2006.

20

21                                    _____

22                                    CRAIG M. KELLISON
                                      UNITED STATES MAGISTRATE JUDGE

23

24

25

26