IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN DIAZ

      Petitioner,                No. CIV S-05-0376 MCE CMK P

      vs.

DERRAL ADAMS, Warden

      Respondents.

_____/     <u>ORDER</u>

      Currently before the court is petitioner's request for a third extension of time to file his traverse in this matter and his request to re-set the scheduling conference which is set for March 14, 2006. Good cause appearing, both requests are granted.

///
///
///
///
///
///
///
///

IT IS ORDERED that:

1. Petitioner is granted until, and including, March 30, 2006 to file his traverse in this matter. No additional time will be granted and;

2. The scheduling conference set for March 14, 2006 is vacated and the scheduling conference is re-set for May 16, 2006 before the undersigned at the United States District Court, 2986 Bechelli Lane, Redding, California.

DATED:   March 6, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE