IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN DIAZ,

    Petitioner,               No. CIV S-05-0376 MCE CMK P

    vs.

DERRAL ADAMS, Warden,

    Respondent.            ORDER

_____/

        Petitioner, who is represented by counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent has filed an answer to the petition, and petitioner has filed his traverse.

        A status conference is scheduled for May 16, 2006. However, based on the status reports filed by both parties and the filings in this case, the undersigned finds that there are no status matters to resolve in this case.

///

///

///

///

///

1  IT IS ORDERED that the status conference set for May 16, 2006 at 10:00 a.m
2  before the undersigned is vacated.

4  DATED: May 10, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2