IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN DIAZ,** | CIV-S-05-0376 MCE CMK P |
| Petitioner, | **ORDER** |
| v. | |
| **DERRAL ADAMS,** | |
| Respondent. | |

GOOD CAUSE APPEARING, Respondent's application for a 30-day enlargement of time in which to file a response in this matter is hereby GRANTED. Respondent's response is due on December 18, 2007.

DATED: November 16, 2007

*Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1