IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DIAZ, | No. CIV S-05-0376-MCE-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| DERRAL ADAMS, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 28, 2007, the court granted petitioner leave to conduct discovery pursuant to Rule 6 of the Federal Rules Governing Section 2254 Cases. Such discovery was limited to taking trial counsel's deposition. Petitioner's counsel has noticed such deposition for February 13, 2008, and has requested an order directing payment of witness fees under 28 U.S.C. § 1821 by the United States Marshal pursuant to 28 U.S.C. § 1825(b). Good cause appearing therefor, the request is granted.

IT IS SO ORDERED.

DATED: January 14, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE