1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9    STEVEN DIAZ,                          No. CIV S-05-0376-MCE-CMK-P

10           Petitioner,

11        vs.                              <u>ORDER</u>

12   DERRAL ADAMS,

13           Respondent.

14   _____/

15           Petitioner, a state prisoner proceeding with appointed counsel, brings this petition

16   for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner's request for a one-day

17   extension of time to February 20, 2008, to lodge the transcript of the deposition of trial counsel

18   Jon Lippsmeyer is granted.

19           IT IS SO ORDERED.

20

21    DATED: February 19, 2008

22                                          _____

23                                          **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE

24

25

26

                                            1