# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DIAZ, | No. 2:05-cv-00376-MCE-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| DERRAL ADAMS, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On February 29, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days.  Timely objections to the findings and recommendations have been filed.

/ / /

/ / /

/ / /

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304,
2  this court has conducted a de novo review of this case.  Having carefully reviewed the entire file,
3  the court finds the findings and recommendations to be supported by the record and by proper
4  analysis.
5  Accordingly, IT IS HEREBY ORDERED that:
6  1. The findings and recommendations filed February 29, 2008, are adopted in full;
7  2. Petitioner's petition for a writ of habeas corpus is denied;
8  3. All pending motions are denied as moot; and
9  4. The Clerk of the Court is directed to enter judgment and close this file.

Dated:  March 14, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE