IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN DIAZ,                                            No. CIV S-05-0376-MCE-CMK-P

      Petitioner,

  vs.                                                                    <u>ORDER</u>

DERRAL ADAMS,

      Respondent.

_____/

      Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 28, 2007, the court granted petitioner leave to conduct discovery pursuant to Rule 6 of the Federal Rules Governing Section 2254 Cases. Petitioner's has requested an order directing payment of deposition fees under 28 U.S.C. § 1821 by the United States Marshal pursuant to 28 U.S.C. § 1825(b). Good cause appearing therefor, the request is granted.

      IT IS SO ORDERED.

 DATED: March 26, 2008

                                                              _____
                                                              **CRAIG M. KELLISON**
                                                              UNITED STATES MAGISTRATE JUDGE