IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DIAZ, | No. 2:05-cv-00376-MCE-CMK-P |
|     Petitioner, | |
|   vs. | ORDER |
| DERRAL ADAMS, | |
|     Respondent. | |

Petitioner, a state prisoner proceeding with appointed counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's request for a certificate of appealability (Doc. 49), filed on March 17, 2008. Also before the court is petitioner's motion for leave to proceed in forma pauperis on appeal (Doc. 50).

Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

///

1  The court must either issue a certificate of appealability indicating which issues satisfy the
2  required showing or must state the reasons why such a certificate should not issue.  <u>See</u> Fed. R.
3  App. P. 22(b).  For the reasons set forth in the magistrate judge's February 29, 2008, findings and
4  recommendations, petitioner has not made a substantial showing of the denial of a constitutional
5  right.
6       As to petitioner's motion for leave to proceed in forma pauperis on appeal, because
7  petitioner was granted in forma pauperis status in this court, he does not require further
8  authorization to proceed in forma pauperis on appeal.  <u>See</u> Fed. R. App. P. 24(a)(3).
9       Accordingly, IT IS HEREBY ORDERED that:
10     1.    Petitioner's request for a certificate of appealability (Doc. 49) is denied; and
11     2.    Petitioner's motion for leave to proceed in forma pauperis on appeal (Doc. 50) is
12 denied as unnecessary.

13  Dated: March 27, 2008

14
15           MORRISON C. ENGLAND, JR.
          UNITED STATES DISTRICT JUDGE
16
17
18
19
20
21
22
23
24
25
26

2