KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MICHAEL A. CANZONERI, State Bar No. 131649
Supervising Deputy Attorney General
BARTON BOWERS, State Bar No. 195383
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-7875
  Fax: (916) 322-2368
  E-mail: Barton.Bowers@doj.ca.gov
*Attorneys for Respondent*

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN DIAZ, | Case No. 2:05-cv-00376-MCE-CMK |
| Petitioner, | STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER |
| vs. | |
| DERRAL G. ADAMS, | |
| Respondent. | |

    Petitioner, through his undersigned counsel, and Respondent, through his undersigned counsel, agree and stipulate that the status conference hearing currently scheduled for Thursday, March 3, 2011, should be vacated and continued until Thursday, April 21, 2011, at 10:00 a.m.

    The parties agree that continuance of the status hearing is appropriate for the following reasons: On February 28, 2011, the Ninth Circuit Court of Appeals recalled the mandate that it had previously issued. Respondent anticipates filing a Petition for Writ of Certiorari in the United States Supreme Court. That pleading is due no later than April 12, 2011. After that date, the Supreme Court will have jurisdiction in this matter. Consequently, no appearance by the parties appears necessary until mid-April 2011.

Accordingly, the parties agree and stipulate that the status conference be continued until 10:00 a.m. on Thursday, April 21, 2011.

**IT IS SO STIPULATED:**

/S/ MICHAEL B. BIGELOW                    March 2, 2011
Michael B. Bigelow, Esq.
Counsel for Petitioner


/S/ BARTON BOWERS                         March 2, 2011
Barton Bowers,
Deputy Attorney General
Counsel for Respondent

**ORDER**

Good cause appearing, **IT IS HEREBY ORDERED** that the status conference in the above entitled case is continued to **April 21, 2011, at 10:00 AM.**

IT IS SO ORDERED.

DATE: March 2, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE