# IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN DIAZ,                                )       Case No. 2:05-cv-00376-MCE-CMK
                                            )
                    Petitioner,             )       ORDER
                                            )
        vs.                                 )
                                            )
                                            )
DERRAL G. ADAMS,                            )
                                            )
                    Respondent.             )
                                            )

     Pursuant to the parties' stipulation, and good cause appearing, **IT IS HEREBY ORDERED** that the status conference in the above-entitled case is continued from April 21, 2011 to **July 21, 2011, at 10:00 AM.**

Dated: April 20, 2011

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE