IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN DIAZ,** | 2:05-cv-00376-MCE-CMK |
| Petitioner, | **ORDER** |
| v. | |
| **KEN CLARK, Warden,** | |
| Respondent. | |

Good cause appearing, IT IS HEREBY ORDERED that the status conference in the above-entitled case is continued to **October 27, 2011,** at 10:00 AM.

**Date: 7/20/2011**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE